```
            UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Timothy D. DeMaria

    v.                                Case No. 25-cv-428-JL

NH Judicial Branch Administrative
Office of the Courts

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 12, 2026. For the reasons explained therein, the plaintiff's request for entry of default and default judgment (Doc. No. 9) is denied. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                  _____
                                                  Landya B. McCafferty
                                                  United States District Judge

Date: January 28, 2026

Cc:   Timothy D. DeMaria, pro se
        Counsel of Record